[No. 3552–2–III.   Division Three.   December 2, 1980.]

TOUCHET EASTSIDE IRRIGATION CO. #6, ET AL, *Respon–
dents*, v. GEORGE F. HOFER, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 71010, James B. Mitchell, J., entered

July 2, 1979. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.